

U.S. Department of Justice

*United States Attorney*
*Eastern District of Virginia*

2100 Jamieson Avenue  Tel:(703) 299-3821
Alexandria, Virginia 22314  Fax: (703) 299-3982

March 23, 2009

The Honorable T. S. Ellis, III
United States District Judge
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re: *United States v. Oscar Omar Lobo-Lopez*, Crim. No. 1:08cr194

Dear Judge Ellis:

    At the motions hearing on March 6, 2009, the United States indicated that it might seek a second superseding indictment in this case. We stated that we would notify the Court, no later than March 26, 2009, whether we intend to seek a second superseding indictment. We will **not** seek a second superseding indictment, and will proceed to trial on the current superseding indictment on April 14, 2009.

                           Respectfully submitted,

                           Dana J. Boente
                           Acting United States Attorney

By:   Morris R. Parker, Jr.
      Patricia T. Giles
      Assistant United States Attorneys

      Zachary C. Richter
      Special Assistant United States Attorney

cc: Lana M Manitta, Esq.
    John C. Kiyonaga, Esq.