IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 1:08cr194 |
| OSCAR OMAR LOBO-LOPEZ, | ) ) | The Hon. T.S. Ellis, III |
| Defendant. | ) ) ) | |

## DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

COMES NOW, the Defendant, OSCAR OMAR LOBO-LOPEZ, by and through counsel, and, pursuant to Fed. R. Crim. P. 29(c) and 45(b)(1)(B), hereby moves this Honorable Court to grant him leave to renew his motion for judgment of acquittal in the above-captioned matter.

Respectfully Submitted,

OSCAR OMAR LOBO-LOPEZ
By Counsel

RICH ROSENTHAL MANITTA DZUBIN & KROEGER, LLP

By: _____/s/_____
Lana M. Manitta, VSB #42994
201 N. Union St., Ste. 140
Alexandria, VA 22314
(703) 299-3440
FAX (703) 299-3441
E-mail: LMManitta@RRMDK.com
Co-Counsel for Defendant Lobo-Lopez

LAW OFFICES OF JOHN C. KIYONAGA

BY: _____/s/_____
John C. Kiyonaga
526 King Street, Suite 213
Alexandria, Virginia 22314
Telephone: (703) 739-0009

Facsimile:  (703) 836-0445
E-mail: jkiyonaga@earthlink.net
Counsel for the Defendant Lobo-Lopez

Certificate of Electronic Service

      I hereby certify that on September 24, 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Patricia Giles, Esq.  
Assistant United States Attorney  
2100 Jamieson Ave.  
Alexandria, VA 22314

Joseph McCarthy, Esq.  
510 King St., Ste. 400  
Alexandria, VA 22314

Morris Parker, Esq.  
Assistant United States Attorney  
2100 Jamieson Ave.  
Alexandria, VA 22314

Jeffrey Zimmerman, Esq.  
8200 Greensboro Drive  
Suite 750  
McLean, Virginia 22102

Zachary Richter, Esq.  
Assistant United States Attorney  
2100 Jamieson Ave.  
Alexandria, VA 22314

                                        _____/s/_____  
                                        John C. Kiyonaga